790

Commonwealth ex rel. Doty, Appellant, *v.*
Doty et al.

Argued November 16, 1973. *Robert W.
Doty,* with him *Robert P. Lawry,* and *Eckert, Seamans,
Cherin and Mellott,* and *J. David Ray,* and *Ray & Ray,*
for appellant; *James S. Ruffner,* with him *Craig and
Ruffner,* for appellee.

Order affirmed.

SPAULDING, J., absent.

Curran, Appellant, *v.* Westinghouse Electric
Corporation.

Argued November 14, 1973. *Herbert B. Lebovitz,*
with him *Lebovitz and Lebovitz,* for appellant; *Fred-
erick N. Egler,* with him *Janice I. Gambino,* and *Eger,
McGregor & Reinstadtler,* for appellee.

Judgment affirmed.

SPAULDING, J., absent.